IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JOHN KINDS, ET AL. | § |
| | § |
| VS. | § CIVIL ACTION NO. G-05-598 |
| | § |
| CHEVRON USA, INC., ET AL. | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that the Complaint of Plaintiff, John Kinds, is **DISMISSED in its entirety**.

Each Party **SHALL** bear its own costs.

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas this ____27th____ day of September, 2006.

_____
Samuel B. Kent
United States District Judge